**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Michael Frank BURGESS,**
**Defendant–Appellant.**

**No. 11–15828**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

June 7, 2012.

Peggy Morris Ronca, Nicole M. Andrejko, I. Randall Gold, Roger Bernard Hand-

berg, III, U.S. Attorney's Office, Orlando, FL, Robert E. O'Neill, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Sean M. Wagner, The Law Offices of Sean M. Wagner, PA, Melbourne, FL, Michael Frank Burgess, John E. Polk CF, Sanford, FL, for Defendant–Appellant.

Before HULL, MARTIN and HILL, Circuit Judges.

PER CURIAM:

Sean M. Wagner, counsel for Michael Frank Burgess in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Burgess's convictions and sentences are **AFFIRMED.** Accordingly, Burgess's motion for leave to file a *pro se* supplemental brief is **DENIED.**